UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LEONARD BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY, et al., <br><br> Defendants. | Case No. 22-cv-05457-VC <br><br> **ORDER GRANTING PARTIAL MOTION TO DISMISS** <br><br> Re: Dkt. No. 21 |

    CFMG's partial motion to dismiss is granted. The claims for deliberate indifference, unwarranted interference with familial association, and intentional infliction of emotional are dismissed as to CFMG. For the reasons discussed at the hearing, the plaintiffs have not adequately alleged the specific role CFMG employees played in Brown's death. The plaintiffs have also not adequately alleged that CFMG's employees were acting pursuant to a policy or custom for purposes of the section 1983 claims.

    For the reasons explained in *Wilkins-Jones v. County of Alameda*, the ADA claim against CFMG is also dismissed. 859 F. Supp. 2d 1039, 1045–1048 (N.D. Cal. 2012); *see also Abraham v. Corizon Health, Inc.*, 775 F. App'x 301, 303 (9th Cir. 2019).

    Dismissal is with leave to amend. The parties have agreed that the plaintiffs may have until April 28, 2023 to file an amended complaint.

    **IT IS SO ORDERED.**

Dated: February 2, 2023

VINCE CHHABRIA <br>
United States District Judge